No. 00–7639.  PHILLIPS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–7831.  LIGHTFOOT v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–7955.  MORROW v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 00–8058.  RODRIGUEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 00–8327.  MCWHORTER v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 00–8348.  DIZELOS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–8409.  HERBIN v. HOEFFEL ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 00–8410.  HOLLOWAY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–8414.  FRYE v. MANTELLO, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–8416.  GANDY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–8417.  FAILS v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 00–8418.  HEMBRY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–8419.  HODSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–8423.  FARRIS v. SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. (two judgments).  Ct. Crim. App. Okla.  Certiorari denied.